Abel Acosta, Clerk

Re. WR-81,011-02

Trial Count No. 2011F00150-B

Abel Acosta, I've filed a writ of Habeas Corpus 11.07 with this court because Cass County ID breaching the plea-Agreement they Agreed to openly ID court.

I received Notification from this court post-marked June 5, 2014 of a court order sent to Cass County to establish the Facts, within a 90 day period. "Extension could be obtained threw this court".

The 90 day period would have expired ID Sept. 2014 - I've received No Notification that A Extension was Requested.

I am very concerned About the Proceeding of this case because

Under the Plea-Agreement I was clearly given credit for all time served since 9-2-11

The State "Cass County" has reneged on the Plea-Agreement by only awarding me with one day credit.

This situation is unlawful unprofessional unethical

Please Help me with the State of this "case".

Thank you

Roy D. Bristow
#1894817